UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                               Civil Action
                                                                               No: 05-11413-PBS

Comcast of Southern New England, Inc.
Plaintiff

v.

Magda Siotas
Defendant

NOTICE OF DEFAULT

      Upon application of the plaintiff for an Order of Default for failure of the defendant to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant, Magda Siotas has been defaulted on December 29, 2005.

                                                                    Sarah Thornton
                                                                    Clerk


                                                               By: /s/ Robert C. Alba
                                                                      Deputy Clerk

Date: December 29, 2005

Notice mailed to counsel of record and defendant(s).