UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                                                    Civil Action
                                                                                                                     No: 05-11413-PBS

Comcast of Southern New England, Inc.
Plaintiff

v.

Magda Siotas
Defendant

PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                                                                          December 29, 2005

     On December 29, 2005, a notice of default was issued as to the defendant Magda Siotas pursuant to Rule 55(b), Fed.R.Civ.P.  If the plaintiff intends to move for judgment by default, it shall do so on or before January 30, 2006.  Plaintiff shall include a proposed form of judgment along with the motion filing.

                                                                                                       By the Court,

                                                                                                    /s/ Robert C. Alba
                                                                                                    Deputy Clerk