# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Southern New England, Inc.** ) | Case No.: 1:05-cv-11413-PBS |
| ) | |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S MOTION TO EXTEND** |
| vs. ) | **TIME TO MOVE FOR DEFAULT** |
| ) | **JUDGMENT** |
| **Magda Siotas** ) | |
| ) | |
| Defendant ) | |
| ) | |

**NOW COMES** Plaintiff in the above-captioned case respectfully requests that this Court extend the deadline for the Plaintiff to move for default judgment to February 27, 2006.

As grounds, the Plaintiff states:

1. In light of recent case law, Plaintiff intends to file an Affidavit in support of its Motion for Default Judgment.

2. The Affidavit that the Plaintiff intends to file will be extensive and may require input from an out-of-state employee of Comcast.

3. Plaintiff's Counsel requires more time to obtain executed Affidavit.

4. Additionally, Plaintiff's Counsel has previously been contacted by the Defendant, Magda Siotas, and they had substantive discussions.

5. Plaintiff's Counsel had called the Defendant, leaving a message, before Plaintiff moved for Default.

6. This day, Plaintiff's Counsel and Defendant have spoken and they are in substantive talks. In the hope that there's still a possibility of an amicable settlement, additional time

---

**Certification pursuant to LR D. Mass 7.1 (A) (2)**

Plaintiff's Counsel certifies that no one has appeared on the part of the Defendant. Accordingly this motion can go forward.

Page 1

is requested to allow Plaintiff's Counsel to try to resolve the matter with the Defendant. In further support of this motion, see affidavit of John M. McLaughlin

                                                Respectfully Submitted for the Plaintiff,
                                                Comcast of Southern New England, Inc.
                                                By Its Attorney

1/26/06                                      /s/ John M. McLaughlin
Date                                        John M. McLaughlin (BBO: 556328)
                                                **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                                77 Pleasant Street
                                                P.O. Box 210
                                                Northampton, MA 01061-0210
                                                (413) 586-0865

## CERTIFICATE OF SERVICE

      I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 26th day of January 2006, a copy of the foregoing motion and affidavit were sent via first class mail to:

Magda Siotas
12 Astor Street
Lowell, MA 01852

                                /s/ John M. McLaughlin
                                John M. McLaughlin

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Comcast of Southern New England, Inc.** | ) | Case No.: **1:05-cv-11413-PBS** |
| | ) | |
| Plaintiff | ) | **AFFIDAVIT OF ATTORNEY IN** |
| | ) | **SUPPORT OF PLAINTIFF'S MOTION** |
| vs. | ) | **TO EXTEND TIME TO MOVE FOR** |
| | ) | **DEFAULT JUDGMENT** |
| **Magda Siotas** | ) | |
| | ) | |
| Defendant | ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. I have previously been in contact with the Defendant, Magda Siotas.

2. I also called the Defendant, leaving a message, before Plaintiff moved for Default.

3. I have spoken with the Defendant today. We have entered into substantive talks and it is my hope that there is some chance that we can amicably resolve this matter.

4. The Defendant and I will need more time to review matters that have come up in our conversations.

5. Also, in light of recent case law, I intend to file an Affidavit in support of my Motion for Default Judgment.

6. The Affidavit that I intend to file will be extensive and may require input from an out-of-state employee of Comcast.

7. Both the affidavit and my attempt at further negotiations with the Defendant will require some additional time.

Subscribed and sworn to, under the pains and penalties of perjury.

                                                    Respectfully Submitted for the Plaintiff,
                                                    Comcast of Southern New England, Inc.
                                                    By Its Attorney,

<u>1/26/2006</u>                                   <u>/s/ John M. McLaughlin</u>
Date                                       John M. McLaughlin (BBO: 556328)
                                                **Green Miles Lipton & Fitz-Gibbon LLP**
                                                77 Pleasant Street
                                                P.O. Box 210
                                                Northampton, MA 01061-0210
                                                (413) 586-0865