**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Southern New England, Inc.**   ) | Case No.: 1:05-cv-11413-PBS |
| ) | |
| Plaintiff,   ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs.   ) | **WITH PREJUDICE** |
| ) | |
| **Magda Siotas**   ) | |
| ) | |
| Defendant   ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the Complaint with prejudice and without cost to either party.

                                          Respectfully Submitted for the Plaintiff,
                                          Comcast of Southern New England, Inc.
                                          By Its Attorney,

| | |
|---|---|
| 7/31/2006 | /s/ John M. McLaughlin |
| Date | John M. McLaughlin |
| | **Green, Miles, Lipton & Fitz-Gibbon LLP** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061 |
| | Telephone: (413) 586-0865 |
| | BBO No. 556328 |

**CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 31st day of July, 2006, a copy of the foregoing was mailed first class to:

Magda Siotas
12 Astor Street
Lowell, MA 01852

                                                  /s/ John M. McLaughlin
                                                  John M. McLaughlin, Esq.